**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 3, 2015.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-15-00520-CV

**INDEPENDENCIA DE LA CRUZ, Appellant**

**V.**

**HOUSTON COMMUNITY COLLEGE, Appellee**

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2013-28123**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 15, 2015. On November 20, 2015, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.